## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Anne Wertheim

                                      Plaintiff,

v.                                                                Case No.: 1:23−cv−04253

                                                                                     Honorable Robert W. Gettleman

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 7, 2023:

      MINUTE entry before the Honorable Robert W. Gettleman: Telephonic hearing held on 9/7/2023. No defendant appeared on the hearing. For the reasons stated on the record, including that plaintiff has excluded counseled defendants and defendant Lawor from the motion, Plaintiff's Motion For Entry Of Default And Default Judgment Against The Defendants Identified In First Amended Schedule A [27] is granted. Enter order. Defendant Lawor's motion for extension of time [35] to 9/21/2023 to respond to the complaint is granted. Telephonic hearing set for 9/28/2023 at 9:15 a.m. on the Webex platform. Parties will not be asked to start their video. Members of the public and media may listen to these proceedings by dialing (650) 479−3207 the meeting number, access code, or PIN/ID is 1809883385. Counsel of record and other essential case participants will receive an email prior to the start of the hearing with instructions to join the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.